UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3883 CONNECTICUT AVENUE LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 00-2453 (JR) <br><br> **FILED** <br><br> NOV - 6 2000 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

ORDER

Upon consideration of the Defendants' Consent Motion For Enlargement Of Time To Respond to the Complaint, and the entire record herein, it is this _3d_ day of _November_, 2000, by the United States District Court for the District of Columbia:

ORDERED, that the Defendants' Consent Motion For Enlargement Of Time To Respond to the Complaint is hereby GRANTED, and it is

FURTHER ORDERED, that the District shall file such response by Friday, December 1, 2000, or within 10 days after service of an amended complaint, whichever period is longer.

SO ORDERED.

_____
JAMES ROBERTSON
United States District Judge

Copies to:

Roger J. Marzulla, Esq.
Marzulla & Marzulla
1350 Connecticut Avenue, N.W.
Suite 410
Washington, D.C. 20036

Andrew J. Saindon, Esq.
Assistant Corporation Counsel, D.C.
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001